THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GEORGE HETENYI, Respondent.

Argued October 20, 1950; decided November 22, 1950.

*Clarence J. Henry, District Attorney,* for appellant.

*George J. Skivington* and *George J. Skivington, Jr.,* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.